STATE OF NEBRASKA, EX REL. BOARD OF SUPERVISORS OF HOLT COUNTY, V. BARRETT SCOTT, COUNTY TREASURER.

FILED JUNE 26, 1894.   No. 4992.

Dismissal: FEES OF COUNTY OFFICERS: MANDAMUS.   This cause is governed by the opinion filed herewith in *State, ex rel. Board of Supervisors of Holt County, v. Hazelet*, 41 Neb., 257.

ORIGINAL application for *mandamus.*

*C. W. Adams*, for relator.

*H. M. Uttley, contra.*

NORVAL, C. J.

This is a companion case to that of *State, ex rel. Board of Supervisors of Holt County, v. Hazelet*, 41 Neb., 257, decided herewith.   The questions presented in both cases are in all respects the same.   The opinion in that case is adopted in this, and, upon the authority of said opinion, a peremptory writ of *mandamus* is granted as prayed.

WRIT ALLOWED.